### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**ERIC MONTGOMERY,**

     **Petitioner,**

**v.**                                                         **Case No. 1:24-cv-122-AW-MAF**

**RICKY DIXON, Secretary, Florida**
**Department of Corrections,**

     **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Eric Montgomery seeks relief under § 2254. The magistrate judge recommends transfer because Petitioner's place of conviction and place of confinement are both outside of this district. Petitioner has not filed any objection.

I now adopt the report and recommendation (ECF No. 4) and incorporate it into this order. The clerk will take appropriate steps to transfer this case to the United States District Court for the Southern District of Florida. The clerk will then close the file.

SO ORDERED on September 3, 2024.

                              s/ *Allen Winsor*
                              United States District Judge